IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CARLOS KIDD, | § | |
| Plaintiff, | § | |
| VS. | § | Civil Action No. 2:18-CV-161-D |
| DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, et al., | § | |
| Defendants. | § | |

**ORDER**

Plaintiff's November 6, 2018 request for extension of time to file objections is denied without prejudice as moot because his November 14, 2018 objections have been considered by the court.

After making an independent review of the pleadings, files, and records in this case, the October 23, 2018 findings, conclusions, and recommendation and alternative findings, conclusions, and recommendation of the magistrate judge, and plaintiff's November 14, 2018 objections, the court concludes that the alternative findings and conclusions are correct. It is therefore ordered that the alternative findings, conclusions, and recommendation of the magistrate judge are adopted. Although plaintiff in his objections maintains that he has been transferred back to the Clements Unit in Amarillo, which eliminates denial of his motion based on mootness, the court concludes following its independent review that the magistrate judge's alternative findings and conclusions are correct, and it adopts the alternative findings, conclusions, and recommendation of the magistrate judge.

Plaintiff's August 24, 2018 motion for emergency injunction is therefore denied.

**SO ORDERED**.

November 21, 2018.

                              _____
                              SIDNEY A. FITZWATER
                              SENIOR JUDGE